UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA LEWIS,

    Plaintiff,

v.                                      CASE NO: 8:04-cv-1853-T-23EAJ

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

    Defendant.

_____/

## **ORDER**

The parties stipulate (Doc. 13) to dismissal with prejudice.  Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.  Accordingly, the stipulation (Doc. 13) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs.

ORDERED in Tampa, Florida, on May 10, 2005.

                                                       STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy